| | |
|---|---|
| Name | George H. Lyons |
| Bar # | 003275 |
| Firm | Law Offices of George H. Lyons |
| Address | 2398 E. Camelback Road |
| | Suite 1010 |
| | Phoenix, AZ  85016 |
| Telephone | 602-912-3888 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Robert W. Kramer, III dba      )
CIS Internet Services,         )
                               )
    Plaintiff,               )
                               )  **Case No.** 2:09-MC-00016
    vs.                      )
                               )  **Corporate Disclosure Statement**
Henry Perez; Suzanne Bartok;   )
                               )
    Defendant.               )
                               )
_____)

    This Corporate Disclosure Statement is filed on behalf of <u>CIS Internet Services</u> — Robert W. Kramer, III, sole proprietor, dba — in compliance with the provisions of: *(check one)*

    <u> X </u>  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    <u>    </u>  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    <u>    </u>  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__  No such corporation.

____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

____  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____  Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __5th__ day of __March__, __2009__.

/s/ George H. Lyons
_____
Counsel of Record
George H. Lyons, Esq.
Law Offices of George H. Lyons
2398 E. Camelback Road, Suite 1010
Phoenix, AZ  85016
Attorney for Plaintiff

Certificate of Service:

E-filed with the Clerk of the U.S. District Court using the ECF System this 5th day of March, 2009.

/s/ Tamsen L. Menard